RONI LLC et al., Appellants, v RACHEL L. ARFA et al., Respondents.

Submitted August 1, 2011; decided September 8, 2011

Motion by Larry E. Ribstein for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 19 copies filed within seven days.